In The United States Court Southern
District of Florida.

Federal Inmates
see exhibit A as Plaintiffs

V.

Palm Beach County Sherriff Office ('PBSO'); and
Palm Beach County ('PBC'); and
Sherriff Ric Bradshaw collectively, 'Defendants.'

## Emergency Unit
## Challenging Jail Conditions

The Plaintiffs Pursuant U.S.C 18 §2241, are Bringing This matter of urgency in The above styled Cause against the Defendants for This Court Consideration.

On August 24, 2021, we unexpectantly Got moved from 'S8B' Federal Dorm (which is equipped with Zoom Conferencing For Federal court), on or about 5:30 PM we Got placed in The recreation area for 3½ hours while we awaited for our new dorm Move/assignment, There is no Logical reason for The Move, as we are one of The only Covid-19 Free dorms in The County Jail, and have remained so, do to The fact That, we are few and were housed in a highly ventilated, and spacious dorm, and we could maintain social distance, and we had access to antibacterial products.

Now, we have been moved to a smaller older dorm, with Low standard bathroom facilities, Black Mold on The walls and vents, and There's hardly any ventilation, as The A/C does not Properly works.

We are now, not only at risk of Contracting Covid-19 but also Legionaire's decease, and other Bacterial infections due to The heat and humidity.

The Conditions here at This old and outdated dorm room, which is Part of The old Jail, Qualify as cruel and Unusual Punishment, as our health is being Lethaly Comprimised.

Therefore, we ask This honorable Court to intervene and enjoin The Defendants from housing The 'FI' under These inhumane Conditions.

Respectfully Submitted

_____
Name of filer.
S/ *Brett Withers*
_____
8/25/21
Date.

# Exhibit 'A'

As of August 25, 2021, These are the Names of The Federal Inmates at The Palm Beach County Jail.

| Name | Inmate # | Signature |
|---|---|---|
| Brett Withers | 0465811 | [signed] |
| Josa L. Garcia, Garcia | 0284794 | [signed] |
| Jose Luis Reyna | 0252767 | [signed] |
| Diego Garcia Perez | 0451643 | Diego |
| Armando GARCIA | #0218301 | Armando Garcia |
| ALEXANDER XAVIER | 0473628 | [signed] |
| Tyler Roman | 0343814 / 06505-104 | [signed] |
| Jonathan Ginsberg | 73697-050 / 0527054 | [signed] |
| Anthony Harris | 0233246 | [signed] |
| Shevanno Munroe | 0524139 | [signed] |
| Michael Clark | 0180058 | Michael Clark |
| Nathaniel Hardima | 0074215 | [signed] |

Address: Main Detention Center
P.O Box 24716
West Palm Beach, FL 33416

Brett Withers - 0465811
Palm Beach Detention Center
P.O. Box 24716
WPB, FL 33416

CLERK OF COURT

UNITED STATES DISTRICT COU[RT]
SOUTHERN DISTRICT OF FLOR[IDA]
400 NORTH MIAMI AVENUE,
MIAMI, FL 33128-771[...]

LEGAL

This Letter [illegible]
County [illegible]
The Sheriff [illegible]
[illegible] Responsibility For Its Contents
[illegible] Censored
[illegible]