UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81567-CV-DIMITROULEAS

BRETT NICHOLAS WITHERS, *et al.*,

    Plaintiff,

v.

PALM BEACH COUNTY SHERIFF OFFICE, *et al.*,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Petitioner, Brett Withers, has filed an Emergency Writ Challenging Jail Conditions [DE 1] pursuant to 28 U.S.C. § 2241 on behalf of himself and eleven other federal inmates. The Petition alleges that these inmates were recently moved to a new dorm at the Palm Beach County Main Detention Center. [DE 1 at 2]. Petitioner alleges that the conditions in the new dorm are inferior to those in the prior dorm and place the inmates as risk of contracting Covid 19, legionnaire's disease and other bacterial infections. *Id*.

As a *pro se* litigant Petitioner cannot file a petition on behalf of other inmates. "[T]he general provision permitting parties to proceed *pro se*, [does not provide] 'a personal right that…extend[s] to the representation of the interests of others.'" *Bass v. Benton*, 408 Fed. App'x 298, 298-99 (11th Cir. 2011) (affirming "dismissal of a portion of a prisoner's complaint seeking relief on behalf of fellow inmates") (citing *Massimo v. Henderson*, 468 F.2d 1209, 1210 (5th Cir. 1972)). *See also Timson v. Sampson*, 518 F.3d 870, 873 (11th Cir. 2008). More specifically, a *pro se* litigant cannot bring an action on behalf of fellow inmates. *See Johnson v. Brown*, 581 Fed. App'x 777, 781 (11th Cir. 2014).

To the extent that Petitioner is challenging the conditions of his confinement his claims are more properly brought as a civil rights action. *See Vaz v. Skinner*, 634 Fed. App'x 778, 781 (11th Cir. 2015) (finding that § 2241 is "not the appropriate vehicle for . . . a claim challeng[ing] the conditions of confinement"). Therefore, even if Petitioner were permitted to file suit on behalf of other inmates, or if the Court were inclined to merely strike the other inmates, the Petition would subject to dismissal as improperly filed pursuant to 28 U.S.C. § 2241.

Accordingly, it is

**ORDERED** that:

1. The Petition [DE 1] is DISMISSED without prejudice to Petitioner filing a proper civil rights complaint in a new case.

2. The Clerk is DIRECTED to CLOSE this case and MAIL a copy of this Order to Petitioner.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of September 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Brett Nicholas Withers
0465811
Palm Beach County Jail
Inmate Mail/Parcels
Post Office Box 24716
West Palm Beach, FL 33416
PRO SE